ACCEPTED
03-14-00528-CR
4685128
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/30/2015 9:12:29 AM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## FOR THE STATE OF TEXAS

**JAMES ALAN WEATHERFORD**

**V.**

**THE STATE OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/30/2015 9:12:29 AM
JEFFREY D. KYLE
Clerk

NO. 03-14-00528-CR

## APPELLANT'S THIRD MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, James Alan Weatherford, by and through his attorney of record, Dal Ruggles, and files this his Third Motion for Extension of Time to File Brief and in support thereof, would show the Court the following:

### I.

That the above-styled and numbered cause is styled The State of Texas v. James Alan Weatherford, Cause Number 12-0465-K277 in the 368th Judicial District Court of Williamson County, Texas. Appellant was sentenced on July 23, 2014.

### II.

Appellant plead guilty to counts 1-24 of Possession of Child Pornography with no agreed plea recommendation. Appellant went to the Court for punishment. The trial court assessed punishment at five (5) years

1

imprisonment for each count to run concurrent with cause number 14-0874-K368. The date of sentencing was July 23, 2014.

**III.**

Appellant's notice of appeal was filed on August 20, 2014. A motion for new trial was filed on August 21, 2014. The reporter's record was filed on November 19, 2014. The clerk's record was filed on September 8, 2014 and supplemental clerk's records were filed on September 18, 2014, November 21, 2014, November 24, 2014 and November 26, 2014. The due date for the brief is Monday, March 30, 2015.

**IV.**

This is Appellant's third motion for extension of time to file his brief. Appellant respectfully requests a thirty day extension of time to file the brief, which would make such brief due on Thursday, April 30, 2015.

**V.**

The undersigned attorney has been unable to complete the brief due to lack of time. Counsel has completed his review of the record and the research associated with several legal arguments that may be presented in his case and is the process of drafting his brief. He has not been able to devote sufficient time to complete the final draft of his brief however due to a demanding workload that includes numerous cases and appeals in several

counties.  Counsel is currently working on four felony appeals, two of which are due within the next week, and one misdemeanor appeal that will possibly require a hearing on a motion for new trial.  Counsel's active caseload beyond appellant work includes approximately thirty-five cases in three different counties.  For this reason the undersigned attorney asks that this extension be granted so that he may devote the additional time necessary to effectively represent Appellant and so that justice may be done in this case.

Respectfully Submitted,


 /s/  Dal Ruggles
DAL RUGGLES
Attorney at Law
1103 Nueces St.
Austin, Texas 78701
Phone: (512) 477-7991
Facsimile: (512) 477-3580
SBN: 24041834
Email: dal@ruggleslaw.com

ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

I, Dal Ruggles, hereby certify that a true and correct copy of the foregoing Appellant's Third Motion for Extension of Time to File Brief was e-served to Mr. John C. Prezas of the Williamson County District Attorney's Office on this the 30th day of March, 2015.

/s/ Dal Ruggles
DAL RUGGLES

4